UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FRANKLIN HUGHES, III,<br><br>Petitioner,<br><br>v.<br><br>JEFF MACOMBER, Secretary of California Department of Corrections and Rehabilitation,<br><br>Respondent. | Case No. 2:22-cv-04643-GW-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition") and all of the records herein, including the July 16, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied, the Petition and this action are dismissed with prejudice, and Judgment shall be entered accordingly.

DATED: August 25, 2025

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE