JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM FRANKLIN HUGHES, III, | ) Case No. 2:22-cv-04643-GW-JC |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JEFF MACOMBER, Secretary of California Department of Corrections and Rehabilitation, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus ("Petition") is denied and the Petition and this action are dismissed with prejudice.

IT IS SO ADJUDGED.

DATED:  August 25, 2025

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE